

## NUMBER 13-15-00262-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**JOHNNY OCANAS,**                                                                          **Appellant,**

**v.**

**THE ATTORNEY GENERAL OF TEXAS,**                                         **Appellee.**

### On Appeal from the 267th District Court
### of Calhoun County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Order Per Curiam

Appellant, Johnny Ocanas, appearing pro se, has filed a Motion for Leave to Proceed in Forma Pauperis.   The appellant is currently incarcerated.

We GRANT appellant's request and issue this notice and order, accompanied by the Notice of Appeal and Motion for Leave to Proceed In Forma Pauperis, to the trial

court, the clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1. The deadline for filing a contest to appellant's request to proceed as an indigent party, if any, is on or before the expiration of ten days from the date of this order.

PER CURIAM

Order delivered and filed
the 29th day of July, 2015.